UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00209

**Kirk Asa Fregia, Sr.,**
*Plaintiff,*

v.

**Securus, TDCJ,**
*Defendant.*

# ORDER

Plaintiff Kirk Asa Fregia, Sr., a prisoner of the Texas Department of Criminal Justice proceeding pro se and in forma pauperis, filed a pleading that he expressly asked the court to treat as a civil rights lawsuit pursuant to 42 U.S.C. § 1983. Docs. 1, 9. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On August 26, 2024, the magistrate judge issued a report recommending that the plaintiff's lawsuit be dismissed with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e). Doc. 16. A copy of the report was mailed to the plaintiff, who did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court dismisses this case with prejudice. Any pending motions are denied as moot.

*So ordered by the court on October 30, 2024.*

J. CAMPBELL BARKER
United States District Judge